LINDSEY L. SMITH (SBN 265401)
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: lls@lnbyb.com

Attorneys for Timothy J. Yoo
Chapter 7 Trustee

**FILED & ENTERED**

**MAY 27 2015**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY ghaltchi    DEPUTY CLERK

**CHANGES MADE BY COURT**

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>JANICE RENE HAYNES,<br><br>　　　　　Debtor. | Case No. 2:14-bk-31355-NB<br><br>Chapter 7<br><br>**ORDER DENYING DEBTOR'S MOTION TO CONVERT CHAPTER 7 CASE TO CHAPTER 13**<br><br>Date: May 26, 2015<br>Time: 2:00 p.m.<br>Place: Courtroom 1545<br>　　　　Roybal Federal Building<br>　　　　225 E. Temple Street<br>　　　　Los Angeles, California 90012 |

　　　　On May 26, 2015 at 2:00 pm, before the Honorable Neil W. Bason, United States Bankruptcy Judge, the Court held a hearing on that certain *Motion To Convert Chapter 7 Case To Chapter 13* (*dkt. 65,* the "Motion") filed by Janice Rene Haynes (the "Debtor"), the debtor herein. *(The hearing date on the Motion was advanced by the court, in the interests of reducing the administrative expenses by reducing the number of appearances required in this case.)* Lindsey L. Smith of Levene, Neale, Bender, Yoo & Brill L.L.P. appeared on behalf of Timothy J. Yoo, the chapter 7 Trustee of the Debtor's estate (the "Trustee"), and the Debtor appeared pro se. No other appearances were made.

///

1 | The Court, having considered the Motion, the Trustee's opposition to the Motion *(dkt. 70*
2 | *and 71)*, all evidence submitted concerning the Motion, the statements and arguments of the
3 | parties at the hearing on the Motion, and good cause appearing,
4 | **IT IS HEREBY ORDERED** that the Motion is denied.
5 | # # #

Date: May 27, 2015

*/s/ Neil W. Bason*
Neil W. Bason
United States Bankruptcy Judge

2